# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-1622
_____

ANTWAN JENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

October 21, 2019


PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, Steven L. Seliger, Assistant Public Defender, Alexander Scott Whitlock, Assistant Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.